STEPHEN J. SORENSON, Acting United States Attorney (#3049)
STANLEY H. OLSEN, Assistant United States Attorney (#2466)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**FILED**

**APR 25 2006**

ROBERT T. BRAITHWAITE
U.S. MAGISTRATE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WARREN STEED JEFFS,<br><br>    Defendant. | MAGIS. NO. 2:06-mj156<br><br>COMPLAINT<br><br>VIO. 18 U.S.C. § 1073<br>UNLAWFUL FLIGHT TO AVOID<br>PROSECUTION |

Before the United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I

On or about the 1st day of January, 2005, in the Central Division of the District of Utah,

WARREN STEED JEFFS,

defendant herein, did, move and travel in interstate commerce, to wit, from Washington County, Utah, in the Central Division of the District of Utah, to a point outside the State and District of Utah, with intent to avoid prosecution under the laws of the State of Utah for the offense of Rape as an Accomplice; in violation of Title 18 United States Code, Section(s) 1073.

Complainant states that this complaint is based on information obtained through investigation consisting of the

following:

1. Communication with the Washington County Attorney, who advised that from investigation conducted by their office, they believe that the defendant has fled from Utah and his whereabouts are unknown.

2. Personal examination of the certified copy of the State process charging Mr. Warren Steed Jeffs with a violation of UCA 1953. Certified copies are attached hereto.

Jeffrey A. Goins
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 25th day of April, 2006.

United States Magistrate Judge

APPROVED:

STEPHEN J. SORENSON
Acting United States Attorney

STANLEY H. OLSEN
Assistant United States Attorney

Brock R. Belnap #6179
Washington County Attorney
Ryan Shaum #7622
Jerry D. Jaeger #8457
178 North 200 East
St. George, Utah 84770
(435) 634-5723

## FIFTH DISTRICT COURT
## WASHINGTON COUNTY, STATE OF UTAH

| STATE OF UTAH | BAIL $ 500,000.00   CASH |
| Plaintiff, | |
| vs. | WARRANT OF ARREST |
| WARREN STEED JEFFS, | Criminal No: 061500526 |
| Defendant. | |

| DOB | 12/03/1955 | Race | W |
|---|---|---|---|
| SSN | 529864117 | Sex | M |
| Ht. | 6'3" to 6'4" | Wt. | 155 |
| Hair | BRO | Eyes | BRO |

TO ANY PEACE OFFICER IN THE STATE OF UTAH:

WHEREAS, the defendant has been charged in this Court with: COUNT 1: RAPE AS AN ACCOMPLICE, a 1st degree felony; and COUNT 2: RAPE AS AN ACCOMPLICE, a 1st degree felony.

YOU ARE THEREFORE COMMANDED to arrest the above-named defendant forthwith and bring the defendant before this Court. If the defendant has fled justice, you shall pursue the defendant into any other county of this State and there arrest the defendant.

DATED this 5 day of April, 2006.

_____
DISTRICT COURT JUDGE

**THIS WARRANT MAY BE SERVED DAY OR NIGHT**

Brock R. Belnap #6179
Washington County Attorney
Ryan J. Shaum #7622
Jerry D. Jaeger #8457
Deputy Washington County Attorneys
178 North 200 East
St. George, Utah 84770
(435) 634-5723

## FIFTH DISTRICT COURT
## WASHINGTON COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH,<br>        Plaintiff,<br><br>vs.<br><br>WARREN STEED JEFFS,<br>DOB: 12/03/55<br><br><br>        Defendant. | INFORMATION<br><br>Criminal No. 061500526<br><br>OTN: |

Based upon review and screening of the investigation materials in this matter, the undersigned complainant, under oath, states on information and belief that the defendant committed the following crime(s):

**COUNT 1: RAPE AS AN ACCOMPLICE**, a first degree felony, in that, acting with the required mental state, Warren Steed Jeffs solicited, requested, commanded, encouraged, or intentionally aided another to commit sexual intercourse with another person without the victim's consent, in that Jane Doe IV was 14 years of age or older, but younger than 18 years of age, and John Doe IV was more than three years older than Jane and enticed or coerced Jane to submit or participate in sexual intercourse in violation of Utah Code Annotated §§ 76-5-402, 76-5-406(11) and 76-2-202 (1953, as amended);

**COUNT 2: RAPE AS AN ACCOMPLICE**, a first degree felony, in that, acting with the required mental state, Warren Steed Jeffs solicited, requested, commanded, encouraged, or intentionally aided another to commit sexual intercourse with another person without the

victim's consent, in that Jane Doe IV was 14 years of age or older, but younger than 18 years of age, and John Doe IV was more than three years older than Jane and enticed or coerced Jane to submit or participate in sexual intercourse in violation of Utah Code Annotated §§ 76-5-402, 76-5-406(11) and 76-2-202 (1953, as amended).

PLACE: Washington County, State of Utah

This information is based on evidence from these witnesses:
Shauna Jones, Washington County Sheriff's Office
Jane Doe IV

Date: April 5, 2006

BROCK R. BELNAP
Washington County Attorney

SUBSCRIBED and SWORN to before me on 04-05-06 by Brock R. Belnap.

Notary Public



CHRISTENA WOOD
NOTARY PUBLIC • STATE of UTAH
178 NORTH 200 EAST
ST. GEORGE, UTAH 84770
COMM. EXP. 5-14-2008

STATE OF UTAH
COUNTY OF WASHINGTON } :SS

"I certify that this document or record, is a full, true, and correct copy of the original, on file in this office."
Date: Apr 25, 2006
By: _____ Deputy Court Clerk